UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTINO ZECHRIAH DE ANDA,<br><br>Petitioner,<br><br>v.<br><br>C. KOENIG, Warden,<br><br>Respondent. | No. 2:18-cv-1029 WBS KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed this petition for writ of habeas corpus under 28 U.S.C. § 2254. On February 8, 2019, petitioner was ordered to show cause why respondent's motion to dismiss should not be granted due to petitioner's failure to file an opposition. On February 15, 2019, petitioner filed an opposition; however, petitioner did not sign his opposition.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider petitioner's opposition unless he signs it.

Petitioner is granted an opportunity to re-file his opposition, including a signature page bearing his signature. Petitioner is cautioned that this is not an opportunity for him to file a new or amended opposition, but rather to provide a signature on the opposition filed on February 15, 2019. Further, petitioner is warned that failure to submit his signed opposition could result in an

order granting respondent's motion to dismiss, or dismissal of this action based on petitioner's failure to comply with this court's order.  Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner a copy of petitioner's February 15, 2019 opposition, without the banner across the top (ECF No. 14); and

2. Within twenty-one days, petitioner shall re-file his signed opposition.

Dated:  March 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dean1029.r11