UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTINO ZECHRIAH DE ANDA,<br><br>Petitioner,<br><br>v.<br><br>C. KOENIG, Warden,<br><br>Respondent. | No. 2:18-cv-1029 WBS KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full;

2. Respondent's motion to dismiss (ECF No. 9) is partially granted;

3. Claims one, eight and nine are dismissed;

4. Petitioner's request for stay (ECF No. 16) is denied;

5. Within sixty days from the date of this order, respondent shall file an answer to petitioner's claims two through seven. <u>See</u> Rule 4, 28 U.S.C. foll. § 2254. Such answer shall be accompanied by all transcripts and other documents relevant to the issue presented in the petition. <u>See</u> Rule 5, 28 U.S.C. foll. § 2254; and

6. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

Dated: July 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/anda1029.805hc